S.D.N.Y. – N.Y.C.<br>
23-cv-3469<br>
McMahon, J.<br>
17-cr-misc-1<br>
Ramos, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-five.

---

Masahide Kanayama,

        *Petitioner-Appellant*,  **ORDER**

    v.  24-1340

Scott Kowal, Chief of U.S. Pre-Trial Services SDNY,
Does 1-10,

        *Respondents-Appellees*.

---

Appellant moves for a stay of extradition pending his appeal of the district court's denial of his 28 U.S.C. § 2241 petition. It is hereby ORDERED that, within 7 days of the date of this order, Appellees inform Appellant, this Court, and the district court whether extradition is scheduled or likely imminent.

        For the Court:

        Catherine O'Hagan Wolfe,
         Clerk of Court