NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Kanayama v. Kowal     Docket No.: 24-1340

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jeffrey Einhorn, Esq.

Firm: Law Offices of Jeffrey Lichtman

Address: 441 Lexington Avenue, Ste. 504, New York, New York 10017

Telephone: (212) 581-1001     Fax: (212) 581-4999

E-mail: einhorn@jeffreylichtman.com

Appearance for: Dr. Masahide Kanayama
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey Lichtman, Esq.)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2021-01-05     OR

☐ I applied for admission on _____.

Signature of Counsel: _/s/ Jeffrey Einhorn_

Type or Print Name: Jeffrey Einhorn