# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-five.

---

Masahide Kanayama,

        Petitioner - Appellant,

  v.

Scott Kowal, Chief of U.S. Pre-Trial Services SDNY, Does 1-10,

        Respondents - Appellees.

---

**ORDER**

Docket No. 24-1340

IT IS HEREBY ORDERED that Appellant's motion for a certificate of appealability (docket entry 16) is DENIED as moot in light of the summary order filed today, November 18, 2025.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court